IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DORTHICK,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>B. CURRY, Warden,<br><br>　　　　Respondent. | No. C 07-1012 CRB (PR)<br><br>ORDER OF DISMISSAL |

In view of petitioner's death, the instant petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED as moot. See <u>Griffey v. Lindsey</u>, 349 F.3d 1157 (9th Cir. 2003) (death of habeas petitioner renders his petition for a writ of habeas corpus moot).

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: April 3, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Dorthick, M1.dismissal.wpd